IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARLENE K. FISCUS,** | : | Civ. No. 3:22-CV-1609 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Carlson) |
| **BIG BASS LAKE COMMUNITY ASSOCIATION INC., et al.,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 5th day of May 2023, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss (Doc. 6) is GRANTED. The plaintiff's complaint is DISMISSED WITHOUT PREJUDICE to allow her the opportunity to correct the deficiencies we have identified in our Memorandum Opinion.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge